UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

BARBARA J ROONEY

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

Debtor(s)   **CASE NO. BKY 04-33576 DDO**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Hospital Pathology Associates in the amount of $1.10, were unclaimed.

CREDITOR:
Hospital Pathology Associates
1300 Godward St NE Suite 4100
Minneapolis, MN 55413-2548

CLAIM NUMBER:
3

AMOUNT:
$1.10

ACCOUNT NUMBER:
55064234

Jasmine Z. Keller, Trustee

Dated: April 12, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee